UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

VICTORIA CARBAJAL,
DEAN CARBAJAL,

    Plaintiffs - Appellants,

No. 17-1301

v.

MYRL SERRA, et al.

    Defendants - Appellees

---

Second Motion For Extension Of Time Based on
Extraordinary Circumstances

---

    Plaintiff Dean Carbajal and Victoria Carbajal, pro se respectfully move the Court for a second extension of time based on extraordinary circumstances, and hereby submits this memorandum in support of this action.

    Recently, the Jefferson County Court has transferred me to Jefferson County Jail due to a pending matter. As a result, Plaintiff Mr. Carbajal is unable to access this case file (10CV2862, 17-1301) to complete his Opening Brief, and was not permitted to travel with this file. As such, Mr. Carbajal will not be able to complete his Opening Brief by May 6, 2019. Moreover, Jeffco has granted Mr. Carbajal simply five (5) sheets of blank paper. Mr. Carbajal anticipate staying here in Jeffco until May 12, 2019. Therefore, Mr. Carbajal respectfully request an extension of 30 days to file his Opening Brief, up until, and including June 12, 2019.

    The underlying circumstances are entirely outside Mr. Carbajal's control and establish extraordinary circumstances.

Wherefore, good cause exist to grant Mr. Carbajal an extension of time up until, and including June 12, 2019.

Respectfully submitted this 13th day of April, 2019.

Dean Carbajal
PO Box 16706
Golden, CO. 80402

Victoria Carbajal
Victoria Carbajal
609 Barbara Ct., Apt C
Montrose, CO. 81401

Certificate of Service

Jeffrey L. Driscoll        j.driscoll@wth-law.com
Andrew Ringel              ringela@hallevans.com
Patrick L. Sayas           pat.sayas@coag.gov
David Cooperstein          david.cooperstein@denvergov.org

Dean Carbajal



Dean Carbajal
PO Box 16700
Golden Co 80402

United States Court of Appeals
For the Tenth Circuit
1823 Stout St.
Denver, Co. 80257

INDIGENT LEGAL MAIL

005 CHB-PAB 80257